UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN PARFAIT                                             CIVIL ACTION

VERSUS                                                    NO. 10-519

JASON P. LYONS                                            SECTION: "I"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Kevin Parfait, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this ___11th___ day of March, 2010.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE